UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AZAR STAFFELD,<br>　　　　　　　Plaintiff, | Case No. 24-13472 |
| v. | Judith E. Levy<br>United States District Judge |
| UNIVERSITY PARIS<br>PANTHEON-ASSAS, *et al.*,<br>　　　　　　　Defendants.<br>_____/ | Curtis Ivy, Jr.<br>United States Magistrate Judge |

**REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT (ECF Nos. 14, 15, 16, 17)**

Plaintiff Azar Staffeld, litigating *pro se*, filed this lawsuit on December 20, 2024. (ECF No. 1). Defendants are the University of Paris Pantheon-Assas (d/b/a Sorbonne Law School) ("the University"), Laurence Idot, Michael Cousin, and Laurent Covert. (*Id.* at PageID.2, ¶¶ 3-6). The District Judge referred all pretrial matters to the undersigned. (ECF No. 9). Presently before the undersigned are Plaintiff's motions for default judgment against each Defendant. (ECF Nos. 14, 15, 16, 17). The undersigned **RECOMMENDS** that Plaintiff's motions be **DENIED WITHOUT PREJUDICE**.

In order to obtain a default judgment under Federal Rule of Civil Procedure 55(b), Plaintiff must first obtain an entry of default from the Clerk's Office pursuant to Rule 55(a). *See Heard v. Caruso*, 351 F. App'x 1, 15-16 (6th Cir. 2009) (citing 10A Wight & Miller's Federal Practice & Procedure § 2682 (3d ed.

1998)); *Devlin v. Kalm*, 493 F. App'x 678, 685-86 (6th Cir. 2012). Because Plaintiff did not first obtain an entry of default from the clerk of the court, Plaintiff's motions are procedurally improper. That Defendants are in France does not remove the requirement that Plaintiff first obtain an entry of default. *See Meemic Ins. Co. v. Vertical Partners W., LLC*, No. 18-cv-11603, ECF No. 40 (E.D. Mich. Aug. 12, 2019) (Levy, J.) (denying without prejudice a motion for default judgment against a foreign defendant because the plaintiff did not first obtain entry of default from the clerk). Accordingly, Plaintiff's motions should be **DENIED WITHOUT PREJUDICE**. That said, Plaintiff should be able to refile her motions once she has secured an entry of default against Defendants.

The parties here may object to and seek review of this Report and Recommendation, but are required to file any objections within 14 days of service, as provided for in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1981). Filing objections that raise some issues but fail to raise others with specificity will not preserve all the objections a party might have to this Report and Recommendation. *Willis v. Sec'y of Health and Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of*

*Teachers Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to Local Rule 72.1(d)(2), any objections must be served on this Magistrate Judge.

Any objections must be labeled as "Objection No. 1," "Objection No. 2," etc. Any objection must recite precisely the provision of this Report and Recommendation to which it pertains. Not later than 14 days after service of an objection, the opposing party may file a concise response proportionate to the objections in length and complexity. Fed. R. Civ. P. 72(b)(2), Local Rule 72.1(d). The response must specifically address each issue raised in the objections, in the same order, and labeled as "Response to Objection No. 1," "Response to Objection No. 2," etc. If the Court determines that any objections lack merit, it may rule without awaiting the response.

Date: August 25, 2025                         s/Curtis Ivy, Jr.
                                              Curtis Ivy, Jr.
                                              United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on August 25, 2025.

s/Sara Krause
Case Manager
(810) 341-7850
