# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Azar Staffeld,

            Plaintiff,      Case No. 24-cv-13472

v.                                Judith E. Levy
                                United States District Judge

University Paris Pantheon-Assas,
*et al.*,                          Mag. Judge Curtis Ivy, Jr.

            Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [21]

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation (ECF No. 21) recommending the Court deny without prejudice Plaintiff Azar Staffeld's motions for default judgment against Defendants University Paris Pantheon-Assas d/b/a Sorbonne Law School, Laurence Idot, Michael Cousin, and Laurent Covert. (ECF Nos. 14, 15, 16, 17.) The parties were required to file specific written objections, if any, within fourteen days of service. *See* Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has

nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 21) is ADOPTED; and

Plaintiff's motions for default judgment against Defendants (ECF Nos. 14, 15, 16, 17) are DENIED WITHOUT PREJUDICE.[1]

IT IS SO ORDERED.

Dated: September 15, 2025
    Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 15, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *See United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).

2